UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMEKA ROSS-YATES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIFUND CCR PARTNERS,<br><br>        Defendant. | Case No. 17-cv-06559-VC<br><br>**ORDER TO SHOW CAUSE** |

The defendant is ordered to show cause why this case should not be remanded, either because the amount in controversy does not exceed $75,000 or because the lawsuit effectively seeks to set aside a state-court judgment. The defendant must file a written response to this order to show cause by January 5, 2018. A hearing on this order to show cause will take place on January 11, 2018, at 10:00 a.m. The defendant is ordered to serve this order on the plaintiff by no later than January 3, 2018, and file proof of service by January 4, 2018. Service must be by certified mail. Counsel for the defendant must also contact the plaintiff by telephone to notify her of this order.

    **IT IS SO ORDERED.**

Dated: December 29, 2017

_____
VINCE CHHABRIA
United States District Judge