UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMEKA ROSS-YATES,<br>        Plaintiff,<br>   v.<br>UNIFUND CCR PARTNERS,<br>        Defendant. | Case No. 17-cv-06559-VC<br><br>**ORDER REMANDING CASE**<br>Re: Dkt. No. 12 |

For the reasons stated at the hearing, the case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: January 11, 2018

VINCE CHHABRIA
United States District Judge